IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

UNION INSURANCE COMPANY                                                              PLAINTIFF

V.                                                          CIVIL ACTION NO. 1:18-CV-98-SA-DAS

EAST MAIN PACKAGE STORE, INC.,
JASON D. TACKETT, and
REGINA LYNN TACKETT                                                                DEFENDANTS

ORDER

Union Insurance Company filed its Complaint [1] on May 23, 2018, seeking a declaratory judgment against the Defendants on two issues: insurance coverage and entitlement to defense and indemnity under an insurance policy. This insurance dispute stems from a state court Dram Shop action filed by Jason Tackett and Regina Lynn Tackett against East Main Package Store, Inc. *See* Exhibit to Complaint [1-2]. Presently before the Court is Union's Motion for Judgment on the Pleadings [18].

For all the reasons stated in the Memorandum Opinion [24], the Plaintiff's Motion for Judgment on the Pleadings [18] is GRANTED. East Main Package Store's Counterclaim and Third-Party Complaint is DISMISSED as moot.

SO ORDERED, this the 23rd day of September, 2019.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE